Dismissed and Memorandum Opinion filed October 6, 2005









Dismissed and Opinion of July 7, 2005, Withdrawn and Memorandum
Opinion filed October 6, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00993-CV

____________

 

BRENDA S.
CANNON, Appellant

 

V.

 

UNIVERSITY TRACE CONDOMINIUM
ASSOCIATION, Appellee

 



 

On Appeal from the
157TH Judicial District Court

 Harris County, Texas

Trial Court Cause
No. 00-46115

 



 

M E M O R A N D U M   O P I N I O N

On September 27, 2005, the parties filed a motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted and our opinion and
judgment of  July
7, 2005, are hereby withdrawn.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 6, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.